AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| TEAMSTERS LOCAL UNION NO. 804 et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-8683 |
| THE CITY OF NEW YORK et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 12/19/2024

/s/ Elena Cohen
*Attorney's signature*

Elena L. Cohen (4974796)
*Printed name and bar number*
Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

elena@femmelaw.com
*E-mail address*

(929) 888-9650
*Telephone number*

(929) 888-9457
*FAX number*