AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TEAMSTERS LOCAL UNION NO. 804 et al )
Plaintiff )
v. ) Case No. 24 CV 8683
The City of New York, et al., )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 12/19/2024

/s/
Attorney's signature

Jessica Massimi (JM-2920)
Printed name and bar number

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
Address

jessica@femmelaw.com
E-mail address

(929) 888-9480
Telephone number

(929) 888-9457
FAX number