UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, *in her official capacity*; NEW YORK CITY MAYOR ERIC ADAMS, *in his official capacity;*<br><br>*Defendants*. | 1:24-cv-08683<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the reading of the Complaint dated December 19, 2024, with annexed exhibit, the Declaration of Josh Pomeranz, dated December 19, 2024, with annexed exhibit, the Declaration of Liana Dalton, dated December 19, 2024, with annexed exhibit, and the Declaration of Gideon Oliver, dated December 19, 2024, with annexed exhibits; the accompanying memorandum of law; and all papers filed to date, it is ORDERED that the above named defendants show cause before a motion term of this Court, at room _____, United States Court House, Cadman Plaza East in Kings County and State of New York on _____, 20_____, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65:

(1) Enjoining and restraining defendants from interfering with plaintiffs' lawful and protected picket at and around the Amazon Fulfillment Center DBK4 located at 5515 Grand Ave., Maspeth, NY 11378 ("DBK4"), among other things, by:

   a. placing barricades that unduly block access to the picket line or unduly restrain the picketers, including by blocking picketers' ability to patrol

1

      b. arresting picketers for crossing the street or participating in pickets; and

      c. arresting picketers for patrolling the driveway.

And it is further ORDERED, that sufficient reason having been shown therefore, pending the hearing of plaintiffs' application for preliminary injunction pursuant to Rule 65 FRCP the defendants are temporarily enjoined from interfering with plaintiffs' lawful and protected picket at and around the DBK4 among other things, by:

      a. placing barricades that unduly block access to the picket line or unduly restrain the picketers, including by blocking picketers' ability to patrol entrances;

      b. arresting picketers for crossing the street or participating in pickets; and

      c. arresting picketers for patrolling the driveway

and it is further ORDERED, that personal service of a copy of this order and annexed Declarations upon defendants or their counsel on or before _____ o'clock in the \_\_\_\_\_noon, _____, 2024 shall be deemed good and sufficient service thereof.

DATED: _____, 2024
          Brooklyn, New York

                                          _____
                                          United States District Judge