# EXHIBIT 1

**PICKET LINE INSTRUCTIONS**

**DO NOT** harass, coerce, or intimidate anyone on the picket line.

**DO NOT** threaten anyone with physical harm or property damage.

**DO NOT** cuss, make racist or sexist remarks, or use any derogatory language.

**DO NOT** make *any* physical contact with anyone or cause any property damage.

**DO NOT** put ourselves in a position to be accused of causing harm or property damage.

**DO NOT** block ingress and egress to Amazon's facility or prevent anyone from entering or leaving the facility or stand in the roadway or interfere with traffic. Always keep moving when picketing in between curbs at an entrance or gate.

**DO NOT** bring or consume alcohol or substances that may cause impairment to the picket line.

**DO NOT** bring weapons or anything that could be construed as a weapon to the picket line.

**DO NOT** litter.

**DO** peacefully patrol at or near the entrances to the facility and *always* keep moving in between curbs.

**DO** use our first amendment rights to inform anyone coming to the facility about Amazon's unfair labor practices (refusal to bargain with TANNC) and inhumane working conditions. We do not say anything else and we refer all questions from the media to the Picket Captain.

**DO** peacefully encourage employees to exercise their individual right to honor the picket line and support the striking workers by not crossing the picket line (see below for more details and answers to questions that workers might ask before they honor the picket line).

**DO** carry picket signs issued by the Union and we do not make any alterations.

**DO** comply with instructions issued by Picket Captains and cooperate with any directions from law enforcement officials.

**DO** picket only on public property and where directed by a Picket Captain.

**DO** report any threats to us or others to a Picket Captain immediately.

**DO** leave the premises immediately if we fear for our personal safety.