# Exhibit 1

**Thursday, December 19, 2024 at 15:14:03 Eastern Standard Time**

---

| | |
|---|---|
| **Subject:** | Notice of litigation and emergency relief request regarding Queens Amazon union picket |
| **Date:** | Thursday, December 19, 2024 at 3:09:27 PM Eastern Standard Time |
| **From:** | Gideon Oliver |
| **To:** | GERBER, MICHAEL, ServiceECF@law.nyc.gov |
| **Attachments:** | 2024-12-19 Teamsters Notice Letter - FINAL.pdf |

Good afternoon:

Please find attached for service upon you the attached notice.

Respectfully,

**Gideon Orion Oliver**
**Attorney at Law**
He/Him/His

718-783-3682 x 5 (o)
646-263-3495 (c)
[www.GideonLaw.com](www.GideonLaw.com)

277 Broadway, Suite 1501, New York, NY 10007
1825 Foster Avenue, Suite 1K, Brooklyn, NY 11230

**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

December 19, 2024

**BY E-MAIL AS A .PDF**
Muriel Goode-Trufant, Esq.
Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Michael Gerber, Esq.
Deputy Commissioner for Legal Matters
New York City Police Department
One Police Plaza
New York, NY 10007

  Re: <u>Notice of intent to file federal litigation today seeking emergency relief</u>

Dear Counsel:

  I am co-counsel with Eisner Dictor & Lamadrid, PC and Cohen&Green PLLC for Teamsters Local Union No. 804 and Teamsters Amazon National Negotiating Committee.

  This morning, our clients began a picket on the sidewalk in front of Amazon's DBK4 warehouse, located at 55-15 Grand Ave, Queens, NY 11378 (the "Picket"), which they plan to continue through Sunday.

  Over the course of the day, in response to the Picket, members of the New York City Police Department ("NYPD") have threatened and made arrests, unreasonably restricted picketers from crossing a driveway, confining them spaces that are too small, and otherwise deprived our clients of their rights to picket, expression, assembly, and other rights protected under Section 7 of the National Labor Relations Act the United States Constitution, the New York State Constitution, and otherwise.

  **Please take notice that we intend to file litigation this afternoon in the United States District Court for the Eastern District of New York against the City of New York seeking a temporary restraining order, and an order to show cause seeking an emergency preliminary injunction, restraining and enjoining the City of New York and its agents from continued interference with the Picket and our clients' protected conduct. We will ask to be heard as soon as possible.**

Please reach out to me if you would like to discuss this notice and/or negotiating a resolution of these problems.

Thank you for your attention to this matter.

Very truly yours,

Gideon Orion Oliver