AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, in her official capacity; NEW YORK CITY MAYOR ERIC ADAMS, in his official capacity, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-08683-FB-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
The City of New York  
City Hall  
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Lamadrid  
Eisner Dictor & Lamadrid, P.C.  
39 Broadway, Suite 1540  
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY  
*CLERK OF COURT*

Date: 12/20/2024

s/Kimberly Davis  
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, in her official capacity; NEW YORK CITY MAYOR ERIC ADAMS, in his official capacity, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-08683-FB-TAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  New York City Police Commissioner Jessica Tisch
New York City Police Department
1 Police Plaza
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Lamadrid
Eisner Dictor & Lamadrid, P.C.
39 Broadway, Suite 1540
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/20/2024                                                           s/Kimberly Davis
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, in her official capacity; NEW YORK CITY MAYOR ERIC ADAMS, in his official capacity,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-08683-FB-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   New York City Mayor Eric Adams
City Hall
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Lamadrid
Eisner Dictor & Lamadrid, P.C.
39 Broadway, Suite 1540
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  12/20/2024                                      s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*