UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,<br><br>        *Plaintiff,*<br> -against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, *in her official capacity*; NEW YORK CITY MAYOR ERIC ADAMS, *in his official capacity;*<br><br>        *Defendants*. | **AFFIRMATION OF SERVICE**<br><br>Case No. 1:24-cv-08683 (FB)(TAM) |

  **Elena L. Cohen,** an attorney admitted to practice in the courts of the state of New York, affirms the following to be true under penalty of perjury:

  1.  I am co-counsel to the Petitioner in the above captioned matter.

  2.  On December 20, 2024, I served the City of New York with a copy of the Corrected Complaint (ECF Dkt. No. 8); Summons (ECK Dkt. 15); Individual Rules of Senior Judge Frederic Block; and Individual Rules of Magistrate Judge Taryn A. Merkl by emailing copies of the same to the City's designated service email address (ServiceECF@law.nyc.gov).

  3.  A true and correct copy of the automated confirmation of such service is attached as **Exhibit 1**.

Dated: Brooklyn, New York
   December 20, 2024

              /s/
        By: _____
           Elena L. Cohen
           Cohen&Green, P.L.L.C.
           1639 Centre Street, Suite 216
           Ridgewood, New York 11385
           (929) 888-9650