**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service*

December 20, 2024

**BY ECF**
Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Teamsters Local Union 804 et al. v. City of New York et. al* –
      24-CV-08683 (FB)(TAM)

Your Honor:

  I am co-counsel for Plaintiffs in the above matter, in which the Court has scheduled oral argument at 3:30pm today on Plaintiffs' applications for a temporary restraining order and preliminary injunction.

  Today, the parties have had productive conversations about the issues raised in this lawsuit. The parties understand the rights around peaceful picketing to include the right to use the sidewalk to patrol entrances, while allowing pedestrian and vehicular traffic to pass through. Based on those conversations and events at the location today, the parties have agreed to adjourn today's oral argument, *sine die*.

  Plaintiffs are not withdrawing their applications. The parties will submit a joint status report on Monday morning, at which time Plaintiffs may request further action from the Court, if necessary. In the meantime, the parties will continue to engage in good-faith conversations and negotiations in attempts to resolve the problems at issue and/or the litigation.

  The parties thank Your Honor for the Court's attention to these matters.

          Respectfully submitted,

          /S/

          Gideon Orion Oliver