TEUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, *in her official capacity;* NEW YORK CITY MAYOR ERIC ADAMS, *in his official capacity;*

                        Defendants.
------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

24-CV-8683 (FB) (TAM)

**PLEASE TAKE NOTICE** that **HANNAH V. FADDIS**, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants City of New York, NYPD Commissioner Jessica Tisch, and Mayor Eric Adams. I certify that I am admitted to practice before this Court.

Dated: New York, New York
         December 23, 2024

                        MURIEL GOODE-TRUFANT
                        Corporation Counsel of the
                          City of New York
                        *Attorney for Defendants*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-2486
                        hfaddis@law.nyc.gov

                        By:       /s/
                             Hannah V. Faddis
                             *Assistant Deputy Chief of Trials*
                             Special Federal Litigation Division

cc:    Counsel of Record (By ECF)