**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com\*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914\*

\*Not for service

December 23, 2024

**BY ECF**
Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Teamsters Local Union 804, et al. v. City of New York, et. al* –
             24-CV-08683 (FB)(TAM)

Your Honor:

    I am co-counsel for Plaintiffs in the above matter. We submit this status report jointly with counsel for Defendants.

    *First,* Plaintiffs have lodged a complaint about, and asked the City to investigate, a particular incident that occurred over the weekend, and report back to Plaintiffs. *See* the attached December 23, 2024 letter. The City acknowledges receipt of said letter from Plaintiffs, is making appropriate inquiries, and will respond accordingly.

    *Second,* on Plaintiffs' pending applications for a temporary restraining order and preliminary injunction, the parties agree that, at this time, no relief is required. However, plaintiffs are not prepared to withdraw their application, and the parties respectfully request the opportunity to file a further status report with the Court on December 30, 2024, at which time – or sooner - Plaintiffs may request further action from the Court, if necessary.

    *Finally*, the parties are aware of Amazon's filing at ECF No. 18. Amazon has requested a pre-motion conference, and has not requested any expedited treatment. Given that, the parties intend to each file "a letter response, not to exceed three (3) pages within seven (7) days from service of the notification letter," Individual Motion Practices and Rules of the Hon. Frederic Block, § 2(A), if necessary.

    The parties thank Your Honor for the Court's attention to these matters.

                                    Respectfully submitted,

                                    Gideon Orion Oliver