**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service*

December 23, 2024

**BY E-MAIL AS A .PDF**
Hannah V. Faddis, Esq.
Assistant Deputy Chief of Trials
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007

Re: Complaint and requests for investigation and report-back
*Teamsters Local Union 804 et al. v. NYC, et. al* – 24-CV-08683 (FB)(TAM)

Good morning, Counsel:

I write on behalf of all co-counsel for Teamsters Local Union 804 and Teamsters Amazon National Negotiating Committee (the "Plaintiffs") to request that the City investigate the below complaint about events that occurred at Amazon's DBK4 warehouse located at 55-15 Grand Ave., Queens, NY 11378, and provide information about that investigation to Plaintiffs' counsel by January 6, 2025.

Here is what happened: From approximately 2:54-3:07pm on Saturday, December 21, 2024, at Amazon's DBK4 warehouse located at 55-15 Grand Ave., Queens, NY 11378, Amazon released a large amount of water onto the Teamsters' picket line, flooding the area during freezing temperatures and damaging and/or destroying union property, including hand warmers, two boxes of beanie hats, three boxes of shirts, one portable heater, literature, and food supplies. Additionally, the flooding created hazardous conditions on the sidewalk, which impeded Plaintiff's ability to continue their picket and related protected activity. Some videos depicting some of the flooding and damage can be found [here](here).

NYPD members were present at the scene both during and after these events, but did not take action, even after Teamsters made complaints in the moment. For example, Teamsters representatives at the scene spoke with a Captain Singh of the NYPD who was also present and asked him to take police action and to press charges for criminal mischief for intentional damage to Plaintiffs' property. Captain Singh refused, guessing, without providing any evidence, that the flooding did not constitute intentionally damaging Plaintiffs' property. Some video of Captain Singh refusing to take any action based on Teamsters' complaints at the scene can be found [here](here).

In light of these events, and the police refusal to act at the scene, we now ask that the City investigate the incident and provide information about that investigation to Plaintiffs' counsel by January 6, 2025.

Thank you for your attention to this matter.

Respectfully,

*Gideon Orion Oliver*

Gideon Orion Oliver