UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804, et al., | DECLARATION OF SERVICE |
| Plaintiffs, | |
| -v- | 24-cv-08683(FB)(TAM) |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

GIDEON ORION OLIVER hereby declares under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. On January 10, 2025, Hannah V. Faddis, Esq., Assistant Deputy Chief of Trials, Special Federal Litigation Division, New York City Law Department, confirmed by e-mail that the Law Department would accept service on Defendants New York City Police Department Commissioner Jessica Tisch and New York City Mayor Eric Adams.

3. On January 11, 2025, I served Defendants Tisch and Adams the following documents in the above matter by e-mailing them to the Law Department at [ServiceECF@law.nyc.gov](mailto:ServiceECF@law.nyc.gov):

    a. Summons (ECF 15); and

    b. Corrected Complaint (ECF 8).

4. I then received the e-mail attached hereto from the Law Department confirming receipt and service of the above.

Dated: Brooklyn, New York
       January 12, 2025

*[signature]*
_____

**Sunday, January 12, 2025 at 14:26:55 Eastern Standard Time**

---

**Subject:** Proof of service receipt
**Date:** Saturday, January 11, 2025 at 9:02:49 AM Eastern Standard Time
**From:** ServiceECF (Law)
**To:** Gideon Oliver

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.