

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

January 21, 2025

**VIA ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>Teamsters Local Union No. 804 v. City of New York, et al.</u>,
> 24-CV-8683 (FB)(TAM)

Your Honor:

I am the attorney assigned to represent the defendants in this matter. The parties write jointly to provide the Court with their agreed upon briefing schedule as to plaintiff's motion seeking a preliminary injunction. (Docket entry dated January 2, 2025).

The parties have conferred and respectfully propose the following schedule:

- Plaintiff will serve his motion and supporting papers on or before March 5, 2025;

- Defendants will serve their opposition on or before April 2, 2025;

- Plaintiff will file serve reply on or before April 23, 2025; and

- The parties will file all motion papers in accordance with the Judge Block's Individual Rules of Practice on or before April 24, 2025.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ _____

Hannah V. Faddis
Special Federal Litigation Division

cc: **VIA ECF**
*All counsel of record*

1