UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TEAMSTERS LOCAL UNION 804, ET AL.,  :
:
           Plaintiff,  :
:    Civil Action No. 1:24-cv-08683-FB-TAM
   -against-  :
:    **NOTICE OF APPEARANCE**
CITY OF NEW YORK, ET AL.,  :
:
           Defendants.  :
:
---------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that Glenn J. Smith, a partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Intervenor Amazon.com, Inc. in the above-captioned action. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: January 21, 2025<br>       New York, New York | SEYFARTH SHAW LLP<br><br>By: */s/ Glenn J. Smith*<br>    Glenn J. Smith<br>    620 Eighth Avenue<br>    New York, New York 10018<br>    Tel: (212) 218-5500<br>    Fax: (212) 218-5526<br>    vvitarelli@seyfarth.com<br><br>    *Attorneys for Intervenor* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ Glenn J. Smith*
Glenn J. Smith