

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

vvitarelli@seyfarth.com

**T** (212) 218-4651

www.seyfarth.com

January 31, 2025

Honorable Senior Judge Frederic Block
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Teamsters Local Union 804, et al. v. City of New York, et. al
     24-CV-08683 (FB)(TAM)

Dear Judge Block:

We represent proposed intervenor Amazon.com Inc. ("Amazon") in the above-referenced matter. In accordance with Your Honor's January 28, 2025 Text Orders, we write jointly with counsel for Plaintiffs and Defendants to advise the Court of the parties' agreed-upon briefing schedule regarding Amazon's motion to intervene.

The below briefing schedule accords with Your Honor's Order that the motion to intervene be fully briefed no later than February 14, 2025.

- Amazon's Motion to Intervene to be served on or before February 6, 2025.

- Plaintiffs' Opposition (Defendants do not object to Amazon's motion) to be served on or before February 11, 2025.

- Amazon's Reply to be served on or before February 14, 2025.

In accordance with Your Honor's Individual Rules, Amazon will file the motion papers with the Court on February 14, 2025, when the motion to intervene will be fully briefed.

We thank Your Honor for your time.

Very truly yours,

SEYFARTH SHAW LLP


*/s/ Victoria Vitarelli*


Victoria Vitarelli
VV:VV


315976687v.1