

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

gsmith@seyfarth.com
T (212) 218-3502

www.seyfarth.com

February 6, 2025

**VIA E-MAIL**

Gideon Oliver
277 Broadway, Suite 1501
New York, NY 10007
Gideon@GideonLaw.com

Hannah V. Faddis
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
hfaddis@law.nyc.gov

Thomas Lamadrid
Eisner Dictor & Lamadrid, P.C.
39 Broadway
Suite 1540
New York, NY 10016
thomas@eisnerdictor.com

Re:   Teamsters Local Union No. 804 v. City of New York
      Civil Action No. 24-08683 (FB) (TAM)

Dear Counsel:

In accordance with Judge Block's Individual Rules and the Scheduling Orders issued on January 28 and 31, 2025, we attach the following documents in connection with Amazon.com Services LLC's Motion to Intervene, pursuant to Rule 24 of the Federal Rules of Civil Procedure:

1.   Notice of Motion to Intervene with Certificate of Service;

2.   Memorandum of Law in support of Motion to Intervene;

3.   Declaration of Glenn J. Smith, Esq. in support of Motion to Intervene, together with Exhibits A and B; and

4.   Declaration of Kelly Dawson in support of Motion to Intervene.



Gideon Oliver  
Hannah V. Faddis  
Thomas Lamadrid  
February 6, 2025  
Page 2

Thank you.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Glenn J. Smith*

Glenn J. Smith  
Enclosures

316081341v.2