UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL UNION NO. 804 and
TEAMSTERS AMAZON NATIONAL
NEGOTIATING COMMITTEE,

          Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK
CITY POLICE COMMISSIONER JESSICA
TISCH, *in her official capacity*; NEW YORK
CITY MAYOR ERIC ADAMS, i*n his
official capacity*,

          Defendants.

---

Civil Action No. 24-CV-08683 (FB)(TAM)

**NOTICE OF MOTION TO INTERVENE OF AMAZON.COM SERVICES LLC**

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Amazon.com Services LLC's Motion to Intervene; Declaration of Glenn Smith, Esq., together with Exhibits A and B; and Declaration of Kelly Dawson; and upon all the pleadings and proceedings herein, Amazon.com Services LLC ("Amazon" or the "Company"), by and through its attorneys, moves this Court for leave to intervene as a defendant in this action as of a matter of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure ("FRCP"), or, alternatively, for permissive intervention pursuant to FRCP 24(b) (hereinafter, the "Motion"). If the Motion is granted, Amazon intends to oppose any motion for preliminary injunction and move for dismissal of the Complaint, in its entirety, on the grounds that Plaintiffs have failed to meet the requirements of FRCP 65 and because this action is moot.

    WHEREFORE, Amazon respectfully requests this Court grant it leave to intervene in this action as a defendant, an opportunity to file a Motion to Dismiss the Complaint, an opportunity to oppose any motion for preliminary injunction, and any such other relief as this Court may

316081004v.2

deem just and proper.

Dated: New York, New York
February 6, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Glenn J. Smith*
Glenn J. Smith
Victoria Vitarelli

620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email: gsmith@seyfarth.com
Email: vvitarelli@seyfarth.com

Attorneys for Intervenor-Defendant
Amazon.com Services LLC

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2025, the foregoing AMAZON'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO INTERVENE was served upon counsel of record for Plaintiffs and Defendants via e-mail. Pursuant to Judge Block's Individual Rules Amazon will electronically file all motion papers via ECF on February 14, 2025.

                                                */s/ Glenn J. Smith*
                                                Glenn J. Smith