UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TEAMSTERS LOCAL UNION NO. 804 and
TEAMSTERS AMAZON NATIONAL
NEGOTIATING COMMITTEE,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK; NEW YORK
CITY POLICE COMMISSIONER JESSICA
TISCH, *in her official capacity*; NEW YORK
CITY MAYOR ERIC ADAMS, *in his
official capacity*,

                Defendants.

---------------------------------------------------------- X

Civil Action No. 24-CV-08683 (FB) (TAM)

**DECLARATION OF GLENN J. SMITH IN SUPPORT OF MOTION TO INTERVENE**

I, Glenn J. Smith, duly sworn upon oath, state and declare as follows:

1. I make this declaration upon personal knowledge and information provided to me in support of Amazon.com Services LLC's (hereinafter, "Amazon" or the "Company") motion to intervene ("Motion to Intervene") in the above-captioned action.

2. I am a partner with the law firm of Seyfarth Shaw LLP, attorneys for proposed intervenor Amazon in above-captioned action.

3. By letter dated December 18, 2024, Plaintiffs notified Amazon of its intent to launch a nationwide strike and picket at several Amazon facilities, including DBK4, a delivery station in Queens, New York. Attached hereto as Exhibit A is a true and complete copy of this letter.

4. I was present at certain times (including on December 20 and 22, 2024) during Plaintiffs' picketing of DBK4, which ended on December 23, 2024. As of the date of this

316077120v.2

declaration, Plaintiffs have not advised of any concrete intent or plan to resume picketing or protests at Amazon's facilities, including DBK4, and have not done so.

5.    I spoke directly with counsel for the New York City Defendants, Hannah Faddis, Esq., regarding Amazon's motion to intervene.  Ms. Faddis stated that the New York City Defendants do not object to Amazon's intervention in this matter as an additional party-defendant.

6.    Attached hereto as Exhibit B is a copy of Amazon.com Services LLC's proposed Answer to the Complaint in the above-captioned action, should the Court grant the Motion to Intervene.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2025
New York, New York                              *s/ Glenn J. Smith*_____
                                                Glenn J. Smith