# EXHIBIT A

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS



**SEAN M. O'BRIEN**
General President

25 Louisiana Avenue, NW
Washington, DC 20001

**FRED E. ZUCKERMAN**
General Secretary-Treasurer

202-624-6800
www.teamster.org

December 18, 2024

**VIA EMAIL AND UPS**
Mr. Andy Jassy
CEO Amazon
440 Terry Avenue North,
Seattle, WA 98109

### Re: Amazon STRIKE Notice

Dear Mr. Jassy,

I am writing as Chair of the Teamsters Amazon National Negotiating Committee ("TANNC") to formally notify you, as CEO over Amazon Logistics, Inc. and Amazon.com Services LLC (collectively "Amazon"), that the TANNC has called an Unfair Labor Practice ("ULP") strike due to your refusal to bargain with nearly 9,000 of Amazon employees who have lawfully organized as well as other numerous egregious violations of the National Labor Relations Act ("NLRA"). The strike against Amazon will commence as early as 6:00 AM (EST) on December 19, 2024, and pickets will go up at various locations around the United States including the following Amazon facilities where Amazon employees secured a legal right to bargain:

|   |   |
|---|---|
| • DAX8 | DFX4 |
| • DAX5 | DIL7 |
| • DGT8 | DBK4 |
| • JFK8 | DCK6 |

As I said, the ULP strike has been organized to address ongoing violations of the NLRA by Amazon. TANNC is committed to ensuring that the strike is conducted in a safe and orderly manner, consistent with all applicable federal, state, and local laws. All participants have been provided with clear instructions regarding their conduct during this action to ensure the safety of workers, the public, and your clients' property.

December 18, 2024
Mr. Andy Jassy, CEO Amazon
Re: Amazon STRIKE Notice
Page 2

      We trust this notice provides you with sufficient clarity regarding our intentions and our commitment to lawful and orderly action. TANNC remains open to resolving these disputes through meaningful dialogue. Should you have any questions or concerns my General Counsel has been in contact with your counsel copied below. He will be available to discuss any issue during the duration of the strike.

                  Regards,


                  /s/ Sean M. O'Brien
                  Sean M. O'Brien
                  General President


cc:    Fred Zuckerman, General Secretary-Treasurer, International Brotherhood of Teamsters
      David O'Brien Suetholz, General Counsel, International Brotherhood of Teamsters *(via email: dsuetholz@teamster.org)*
      Teamsters Bar Association
      Teamsters Amazon National Negotiating Committee (TANNC)
      Marc R. Jacobs, Esq., Seyfarth Shaw LLP *(via email to mjacobs@seyfarth.com)*
      Brian Stolzenbach, Esq., Seyfarth Shaw LLP *(via email to bstolzenbach@seyfarth.com)*