UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

TEAMSTERS LOCAL UNION NO. 804 and       :
TEAMSTERS AMAZON NATIONAL                :
NEGOTIATING COMMITTEE,                   :
                                         :
           Plaintiffs,            :
                                         :
    -against-                          :
                                         :
THE CITY OF NEW YORK; NEW YORK           :
CITY POLICE COMMISSIONER JESSICA         :
TISCH, *in her official capacity*; NEW YORK   :
CITY MAYOR ERIC ADAMS, *in his*          :
*official capacity*,                     :
                                         :
           Defendants.            :
                                         :

-------------------------------------------------------- X

Civil Action No. 24-CV-08683 (FB)
       (TAM)

**SUPPLEMENTAL DECLARATION
OF GLENN J. SMITH IN SUPPORT
OF MOTION TO INTERVENE**

      I, Glenn J. Smith, duly sworn upon oath, state and declare as follows:

      1.     I make this supplemental declaration upon personal knowledge and information provided to me in support of Amazon.com Services LLC's (hereinafter, "Amazon" or the "Company") motion to intervene ("Motion to Intervene") in the above-captioned action.

      2.     Attached hereto as Exhibit A is a true and complete copy of the Amended Complaint filed in *Spence et al v. New York City Police Department, City of New York et al.*, Civil Action No. 1:25-cv-00020-CBA-LB.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2025
      New York, New York                          *s/ Glenn J. Smith*_____
                                        Glenn J. Smith

316251484v.1