

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

gsmith@seyfarth.com

T (212) 218-3502

www.seyfarth.com

February 20, 2025

Honorable Senior Judge Frederic Block
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Teamsters Local Union 804, et al. v. City of New York, et. al
      24-CV-08683 (FB)(TAM)

Dear Judge Block:

We represent proposed intervenor Amazon.com Inc. ("Amazon") in the above-referenced matter.

Per the Scheduling Order in this matter, Amazon's Motion to Intervene was fully briefed and filed as of February 14, 2025. At 12:08 pm today, Plaintiffs, without so much as even contacting counsel for Amazon or seeking leave to amend the Scheduling Order, actually filed a sur-reply (disguising as a request to file a sur-reply) to Amazon's Motion to Intervene. (ECF No. 31.) Plaintiffs' conduct is in gross contravention of the Court's rules, and today's filing must be rejected.

We thank Your Honor for your time.

Respectfully Submitted,

SEYFARTH SHAW LLP


*/s/ Glenn J. Smith*


Glenn J. Smith

316331758v.1