**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 5, 2025

**BY ECF**
Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *Teamsters Local Union 804, et al. v. City of New York, et. al* –
> 24-CV-08683 (FB)(TAM)

Your Honor:

I am co-counsel for Plaintiffs in the above matter.

I write consistent with the applicable scheduling order and the Court's rules to inform the Court that the parties have agreed to adjust the briefing schedule related to Plaintiffs' motion for a preliminary injunction as follows:

1. Plaintiffs' motion and supporting papers will be served on March 7, 2025, rather than March 5, 2025;

2. All opposition papers will be served on April 4, 2025, rather than April 2, 2025;

3. Plaintiffs' reply papers will be served on April 23, 2025 (as previously scheduled); and

4. The parties will file all motion papers in accordance on or before April 24, 2025 (as previously scheduled).

Thank you for the Court's attention to these matters.

Respectfully submitted,

/S/

Gideon Orion Oliver