# Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 7, 2025

**BY E-MAIL AND ECF**
Hannah V. Faddis, Esq.
New York City Law Department

Glenn J. Smith, Esq.
Victoria Vitarelli, Esq.
Seyfarth Shaw LLP

Re:    *Teamsters Local Union 804, et al. v. City of New York, et. al* –
       24-CV-08683 (FB)(TAM)

Dear Counsel:

Please find attached for service on you the papers below in support of Plaintiffs' motion for a preliminary injunction:

1. Plaintiffs' Notice of Motion for a Preliminary Injunction;
2. March 7, 2025 Declaration of Alexander Moore and Exhibits 1-5 thereto;
3. March 7, 2025 Declaration of Antonio Rosario;
4. March 7, 2025 Declaration of Gideon Orion Oliver and Exhibit 1 thereto; and
5. December 19, 2024 Declaration of Josh Pomeranz and Exhibit 1 thereto;
6. December 19, 2024 Declaration of Linda Dalton and Exhibit 1 thereto; and
7. Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction.

Consistent with the Court's rules, I will be filing a copy of this cover letter – but not the motion papers – on the docket at this time.

Very truly yours,

Gideon Orion Oliver