UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------
Teamsters Local Union 804,

                Plaintiff,                              NOTICE

  -vs-                                                  CV-24-8683(FB)(TAM)

The City of New York, et., al.,

                Defendants.

-----------------------------------------------------

       An in person pre-motion conference in the captioned case is scheduled for <u>March 20, 2025 at 3:30 PM</u> before Judge Frederic Block in courtroom 10C, 10th floor at 225 Cadman Plaza East, Brooklyn, New York. Upon receipt of this notice, counsel should consult and confirm with one another the date and time of this in person pre-motion conference.

       The Court expects the parties to be conversant with the underlying facts and prepared to discuss the legal issues arising therefrom. The parties are reminded that they are obligated to discuss the prospect of settlement and may be required to provide the Court with a report of such discussions. Counsel who are located out of State and would like to participate by telephone shall contact the Courts case manager 48 hours in advance of the conference with counsel's name and telephone number, since the Court will be calling counsel.

       Counsel are instructed to review Judge Block's individual practices located on the Courts website at www.nyed.uscourts.gov.

DATED: Brooklyn, New York
          March 11, 2025

                                                     /S/ Michael J. Innelli
                                                      Michael Innelli
                                                      Case Manager
                                                      (718) 613-2425