**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

March 28, 2025

**BY ECF**
Hon. Frederick Block
Senior Judge
United States District Court
Eastern District of New York

    Re:    *Teamsters Local Union No. 804, et al. v.*
             *The City of New York, et al.*, 24-cv-08683(FB)(TAM)

Your Honor:

    I write to inform the Court that Plaintiffs are withdrawing their motion for a preliminary injunction.

    The remaining claims and requests for relief that are pleaded in the Complaint are all still in play.

    We look forward to next Thursday afternoon's in-person conference on the proposed motions to dismiss.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver