UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE,<br><br>                        Plaintiffs,<br>-against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER JESSICA TISCH, *in her official capacity*; and NEW YORK CITY MAYOR ERIC ADAMS, *in his official capacity;*<br><br>                        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**<br><br>24-cv-08683 (FB)(TAM) |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs TEAMSTERS LOCAL UNION NO. 804 and TEAMSTERS AMAZON NATIONAL NEGOTIATING COMMITTEE hereby voluntarily dismiss this action.

Dated: Brooklyn, New York
       April 9, 2025

*/s/ Gideon Orion Oliver*
_____
Gideon Orion Oliver
Co-counsel for Plaintiffs
277 Broadway, Suite 1501
New York, New York  10007
Gideon@GideonLaw.com
718-783-3682 x5 (office)
646-349-2914 (fax)